**L & D LAW P.C.**
*LIGGIERI & DUNISHA*
EMPLOYMENT LAWYERS
11 BROADWAY, SUITE 615
NEW YORK, NY 10004

October 4, 2023

Honorable Peggy Kuo
United States District Court, Magistrate Judge
Eastern District of New York
225 Cadman Plaza East,
New York, NY 11201

### RE: Williams v. The City of New York. et al. (23-CV-00836)

Dear Judge Kuo:

     Our office represents the Plaintiff, Laurice Williams, in the above-referenced matter. We write to Your Honor, with the consent of all parties to request that we continue with the EDNY's mediation program and set a date certain. We respectfully apologize to Your Honor for not filing this letter sooner. As Your Honor is aware the parties were engaged in motion practice on this particular matter and the ruling with regard to Defendant Lewis' request for an injunction and cross-claims played a role in Plaintiff's decision on whether to mediate and therefore we respectfully apologize for the delay.

     On behalf of the Plaintiff, we would respectfully request that Your Honor direct or order a City representative with settlement authorization to be present and/or available during the actual mediation. To no fault of counsel for the City in this particular matter, it has been our experience in the past, that on occasion, the City is unable to reach an authorized representative which can delay and/or hinder the mediation process.

     We thank Your Honor for your consideration in this matter and apologize to the Court again for not filing this letter sooner.

Sincerely,

**L & D LAW P.C.**

_____/s/_____
Paul Liggieri, Esq
*Attorneys for Plaintiff*
11 Broadway, Ste. 615
New York, NY 10004
(212) 374-9786

Cc: Kimberly Karseboom, E. Dubois Raynor, Jr. and Stephen McQuade