UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURICE WILLIAMS,<br><br>       *Plaintiff*,<br><br>– against –<br><br>THE CITY OF NEW YORK; THE NEW YORK CITY DEPARTMENT OF CORRECTION; MORRIS LEWIS; and SEETA DOECHAN,<br><br>       *Defendants*. | **ORDER**<br>23-cv-00836 (NCM)(LKE) |

**NATASHA C. MERLE**, United States District Judge:

  This Court has received the Report and Recommendation on the instant case dated July 25, 2024, from the Honorable Lara K. Eshkenazi, United States Magistrate Judge.

  No party filed objections to the proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, where, as here, no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)(internal citations omitted).

  Having reviewed the record, the Court finds no clear error and therefore adopts the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, defendant Morris Lewis's motion to amend answer to complaint, third party complaint, and crossclaim is **DENIED.**

**SO ORDERED.**

                                                           _/s/ Natasha C. Merle_
                                                           NATASHA C. MERLE
                                                           United States District Judge

Dated:     August 22, 2024
              Brooklyn, New York